**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edmund L. HAENIG, Petitioner**

**No. 865 MAL 2014**

Supreme Court of Pennsylvania.

Decided: October 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of October, 2017, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Superior Court is **REVERSED**. *See Commonwealth v. Muniz*, —— Pa. ——, 164 A.3d 1189 (2017).